UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ZCL-USA, Inc., by MSP Technologies Corporation,
Plaintiff,

vs.

ZCL Composites, Inc.,
Defendant.

01-CV-750 PAM/JGL

**STIPULATION OF THE PARTIES TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

After due consideration the parties, through their respective attorneys, stipulate as set forth below:

1. Plaintiff ZCL-USA, Inc. by MSP Technologies Corporation, filed with the United States District Court, District of Minnesota, a Summons and Complaint in the above-entitled matter on April 30, 2001.

2. For the convenience of the parties, counsel for defendant ZCL Composites, Inc., Michael O. Freeman, Esq. agrees to accept service on behalf of ZCL Composites, Inc., a Canadian corporation.

3. In order to allow for settlement discussions among the parties, the parties stipulate and agree that the time in which to answer or otherwise plead should be extended until July 1, 2001.

4. The parties jointly request the Court to endorse both the acceptance of service by Mr. Freeman here in Minneapolis and the extension of time until July 1, 2001 in which to answer or otherwise plead

MAY 0 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/4/01

FREDRIKSON & BYRON, P.A.

By: ____________________
David R. Marshall, #184457
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7046
(612) 347-7077 Facsimile

ATTORNEYS FOR PLAINTIFF

Dated: May 3, 2001

LINDQUIST & VENNUM P.L.L.P.

By: ____________________
Michael O. Freeman, #31860
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3982
(612) 371-3207 Facsimile

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ZCL-USA, Inc., by MSP Technologies Corporation,
Plaintiff,

vs.

ZCL Composites, Inc.,
Defendant.

01-CV-750 PAM/JGL

**ORDER**

This matter is before the Court on the parties' joint request for an extension of time until July 1, 2001 for the defendant ZCL Composites, Inc. to answer or otherwise plead in the above-captioned matter.

For good cause shown, IT IS HEREBY ORDERED that the parties' request is granted, and that defendant ZCL Composites shall either answer or otherwise plead in the above-captioned matter by July 1, 2001.

Dated: May 8, 2001

Jonathan G. Lebedoff
United States District Magistrate Judge