UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ZCL-USA, Inc., by MSP Technologies Corporation,

Plaintiff,

vs.

ZCL Composites, Inc.,

Defendant.

Court File No. 01-CV-750 PAM/JGL

**ORDER**

Upon the attached Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 18, 2001.

BY THE COURT:

The Honorable Paul Magnuson
United State District Judge

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 18 2001
DEPUTY CLERK

Doc# 1402210\1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ZCL-USA, Inc., by MSP Technologies Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZCL Composites, Inc.,<br><br>Defendant. | ) | Court File No. 01-CV-750 PAM/JGL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties agree to the dismissal of this action with prejudice. The parties will bear their own costs, disbursements, and attorneys' fees.

Dated: June 13, 2001.

FREDRIKSON & BYRON, P.A.

By: ______________________
David R. Marshall (184457)
1100 International Centre
90 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7154
Fax: (612) 347-7077

**ATTORNEYS FOR PLAINTIFFS**

Dated: June 14, 2001.

LINDQUIST & VENNUM P.L.L.P.

By: ______________________
Michael O. Freeman, #31860
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Fax: (612) 371-3207

**ATTORNEYS FOR DEFENDANT**